DATE:   7/29/2011          AT: 3:00

BEFORE JUDGE JOANNA SEYBERT:

<u>CIVIL CAUSE FOR SETTLEMENT OR STATUS CONFERENCE</u>

DOCKET NUMBER:   06-5522

TITLE: STEIN -V- NASSAU CO.

APPEARANCES:

FOR PLAINTIFF(S):  JOANNE FANIZZA; RITA STEIN

FOR DEFENDANT(S):  DONNA NAPOLITANO; PABLO FERNANDEZ

REPORTER:  M. STEIGER (FOR PLAINTIFF'S ACCEPTANCE OF SETTLEMENT)

| | |
|---|---|
| _X_ | CASE CALLED. |
| _X_ | COUNSEL FOR DEFENDANT AND PLAINTIFF PRESENT. |
| ___ | COUNSEL FOR _____ NOT PRESENT. |
| _X_ | CONFERENCE HELD. |
| ___ | DISCOVERY TO BE COMPLETED BY_____ |
| ___ | PARTIES TO COMPLETE_____ BY THE NEXT CONFERENCE OR BY_____ |
| ___ | NEXT CONFERENCE SET FOR  / /2011 AT   :   M (PHONE) |
| ___ | CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____ FOR_____ |
| ___ | MOTION TO BE FILED BY   / /2011 ; RESPONSE BY   / /2011 ; REPLY BY   / /2011 . |
| ___ | JURY SELECTION SET FOR   / /2011 AT 9:30AM BY LAW CLERK |
| ___ | TRIAL SET FOR SAME DAY OR SOON THEREAFTER |
| _X_ | OTHER SETTLEMENT AGREEMENT EXECUTED.  PLAINTIFF SWORN, STATES HER UNDERSTANDING AND ACCEPTANCE OF SETTLEMENT. STIPULATION OF DISMISSAL TO BE SUBMITTED UPON PAYMENT. |